Christine HOUSE, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3006.

United States Court of Appeals, Federal Circuit.

Nov. 16, 2004.

### ORDER

Petitioner having having filed the required Statement Concerning Discrimination it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.